UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAMON PATTERSON,<br><br>    Petitioner,<br><br>   v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | No.  2:12-cv-2475-KJM-EFB P<br><br><br><br>ORDER |

On March 4, 2014, findings and recommendations issued recommending that petitioner's application for a writ of habeas corpus be denied. ECF No. 33. On September 30, 2014, the assigned district judge adopted that recommendation and denied petitioner's application. ECF No. 41. Judgment was entered accordingly. Notwithstanding that judgment closing this case, petitioner filed a "Notice" on October 6, 2014. ECF No. 43.

The court takes no action on petitioner's filing as this case is now closed. Petitioner is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: October 9, 2014.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE